STATE OF NEW JERSEY v. MOISES ORTIZ.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FEDERICO FERNANDEZ.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHRISTOPHER CHRISTIANSEN.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MOSES GAINES.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MOSES GAINES.

November 2, 1987.

Petition for certification denied.